UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:09-cr-241 (WWE) |
| | : | |
| JEFFREY WEINHOLD, | : | |
|     Defendant. | : | |

## TRANSFER ORDER

Pursuant to rule 20 of the Federal Rules of Criminal Procedure, this case is hereby transferred to the United States District Court for the Southern District of Florida for all purposes.  The requirements of rule 20 are met because defendant Jeffrey Weinhold has stated in writing that he wishes to plead guilty to the charges pending in the Southern District of Florida, that he wishes to waive trial in the Southern District of Florida and that he consents to the Court's transfer of this case.  Further, the United States Attorneys for Connecticut and the Southern District of Florida have consented to this transfer.  The Clerk is instructed to transfer this case.

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this 17th day of December, 2009.

                                                        /s/
                                       Warren W. Eginton
                                       Senior United States District Judge